UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEANNETTE McHENRY, a Washington Citizen

CIVIL ACTION NO,

Plaintiff

3:15-cv-00022-JJBSCR

Versus

NARCONON LOUISIANA NEW LIFE
RETREAT; ASSOCIATION FOR BETTER
LIVING AND EDUCATION INTERNATIONAL;
NARCONON EASTERN UNITED STATES;
NARCONON INTERNATIONAL and DOES 1-100
ROE Corporations I-X, inclusive, Defendants

**ORDER**

Considering the above and foregoing motion to dismiss (doc. 4);

Any Opposition shall be filed within 21 days of the filing of the motion. Any reply shall be filed within 14 days of the filing of the opposition.

Signed in Baton Rouge, Louisiana, on February 20, 2015.

**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**